

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:　Case No.:　10–23887 – DK　Chapter:　13

Lori C Duke
304 Glyndon Mews Court
Reisterstown, MD 21136

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

　　The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

　　ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 1–B.

cc:　Debtor(s)
　　　Attorney for Debtor(s) – Jeffrey M. Sirody
　　　Chapter 13 Trustee – Gerard R. Vetter
　　　U.S. Trustee
　　　All Creditors

**37.4 –** *yoliver*

### End of Order